**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 566 MAL 2014
: 
Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. : 
: 
: 
: 
TRAVIS WAGNER FOWLER, : 
: 
Petitioner : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.